**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 7** |
| | ) | |
| **DANIEL W. SJONG,** | ) | **Case No. 15-34286** |
| | ) | |
| Debtor. | ) | **Judge A. Benjamin Goldgar** |
| | ) | |
| | ) | **Hearing Date: January 29, 2016** |
| | ) | **Hearing Time: 1:00 p.m.** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Friday, January 29, 2016 at 1:00 p.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar in the North Branch Court located at 1792 Nicole Lane, Round Lake Beach, IL 60073, or whomever may be sitting in his place and stead, and then and there present the **Application Of Trustee To Employ Counsel**, a copy of which is attached hereto and hereby served upon you.

Respectfully Submitted,

/s/ Miriam R. Stein
Counsel to Trustee

Miriam R. Stein
Kevin R. Purtill
CHUHAK & TECSON P.C.
30 S. Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 444-9300
mstein@chuhak.com
kpurtill@chuhak.com

2832961.1.25854.59420

# CERTIFICATE OF SERVICE

Miriam R. Stein, an attorney, hereby certifies that on January 15, 2016, she caused a true and correct copy of the foregoing **Application Of Trustee To Employ Counsel,** to be filed with the Clerk of the Bankruptcy Court using the CM/ECF system, which will electronically notify the parties listed with the Court. For all parties not registered with the Court's CM/ECF system a true and correct copy was served by depositing in U.S. Mail on January 15, 2016.

**VIA ECF**

| | |
|---|---|
| James T. Magee | Patrick S. Layng |
| Magee Negele & Associates PC | Office of the U.S. Trustee, Region 11 |
| 444 N. Cedar Lake Road | 219 S. Dearborn St., Room 873 |
| Round Lake, IL 60073 | Chicago, IL 60604 |
| *(counsel for Debtor)* | |

John E. Gierum
Gierum & Mantas
2700 S. River Road, Suite 308
Des Plaines, IL 60018
*(Chapter 7 Trustee)*

**VIA U.S. MAIL**

Daniel W. Sjong
28916 N. Cedar Crest Drive
Lake Villa, IL 60046
*(debtor)*

By:   /s/   *Miriam R. Stein*

2832961.1.25854.59420

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 7** |
| | ) | |
| **DANIEL W. SJONG,** | ) | **Case No. 15-34286** |
| | ) | |
| Debtor. | ) | **Judge A. Benjamin Goldgar** |
| | ) | |
| | ) | **Hearing Date: January 29, 2016** |
| | ) | **Hearing Time: 1:00 p.m.** |

**APPLICATION OF TRUSTEE TO EMPLOY COUNSEL**

**NOW COMES** John E. Gierum, not individually but as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Daniel W. Sjong (the "Debtor"), respectfully requests entry of an order, pursuant to 11 U.S.C. §327(a), authorizing the Trustee to employ Miriam R. Stein, Kevin R. Purtill and Chuhak & Tecson P.C. (collectively, "Chuhak") as his counsel in this bankruptcy case retroactive to October 8, 2015. In support, the Trustee states as follows:

**Background**

1. On October 8, 2015, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. The Trustee is the duly appointed and qualified Chapter 7 Trustee of the Debtor's estate.

3. The Trustee desires to retain Chuhak as his counsel to perform such legal services as required to assist in the liquidation of certain of the Debtor's assets, analyze and prosecute causes of action (including fraudulent conveyance or preference actions) and objections to claims.

4. Based on information received by the Trustee and the Debtor's testimony at his Section 341 meeting, the Debtor transferred title of his residence within one year of the Petition

Date, from joint tenancy with his non-debtor spouse, to tenancy by entirety. The Trustee intends to file a Complaint to Avoid Fraudulent Conveyance against the Debtor and his spouse. The Trustee is investigating any other possible assets in this case.

### Relief Sought

5.  By this Application, the Trustee seeks authority to employ and retain Chuhak as his bankruptcy counsel, pursuant to 11 U.S.C. §327(a).

### Basis for Relief Sought

6.  The Trustee is in need of bankruptcy counsel to assist him in efficiently administering the Debtor's estate and resolving the legal issues that are central to the Debtor's case. The Trustee seeks to retain Chuhak because of the firm's extensive experience and knowledge regarding cases under Chapter 7 of the Bankruptcy Code and litigation.

7.  The professional services that Chuhak will render on behalf of the Trustee will include:

    a. Assisting the Trustee in investigating and liquidating the assets of the estate;

    b. Assisting the Trustee in determining the Debtor's liabilities;

    c. Investigating and, where appropriate, prosecuting avoidance actions and other adversary proceedings;

    d. Meeting and negotiating with creditors and their representatives and other interested parties regarding matters relating to the administration of Debtor's estate; and

    e. Performing all other legal services as required.

8.  At this time, it is not possible to estimate the amount of time that Chuhak will be required to work on behalf of the Trustee and, accordingly, it is not possible to estimate the total

- 2 -

cost of Chuhak's services in this case. Chuhak will calculate its fees for services by reference to its standard hourly rates for these services. Rates for Chuhak attorneys and paraprofessionals expected to work on this engagement are as follows:

    Partners:    $300 to $350 per hour

    Associates:    $250 to $275 per hour

    Paralegal:    $175 to $200 per hour

9. Chuhak did not receive a retainer, and will file one or more fee applications, at the appropriate time, seeking payment from the estate of the fees and expenses incurred by Chuhak.

10. As set forth in the affidavit of Miriam R. Stein, attached hereto and incorporated into this motion as <u>Exhibit</u> A (the "Affidavit"), other than as set forth herein and in the Affidavit, to the best of Ms. Stein's knowledge, neither Ms. Stein nor any of the principals or employees of Chuhak represent or hold any interest adverse to the Trustee or the Debtor's estate or otherwise have any connection with the Debtor, the Debtor's creditor, or any other party in interest in this bankruptcy case or their respective attorneys and accountants.

11. In addition, neither Ms. Stein nor any of the principals or employees of Chuhak have any connection with the United States Trustee or any person employed in the office of the United States Trustee, except that Chuhak partner Miriam R Stein serves as a trustee on the panel of Chapter 7 trustees of Cook County, Illinois.

12. Chuhak represents Associated Bank on various matters and prior to the Petition Date represented Associated Bank with respect to its claim against the Debtor. Associated Bank has agreed that to the extent the Estate lacks sufficient funds to satisfy the fees and expenses of Chuhak, Associated Bank shall pay said fees and expenses.

2832961.1.25854.59420

WHEREFORE, the Trustee requests that this Court enter an Order authorizing the Trustee to employ Miriam R. Stein, Kevin R. Purtill and Chuhak & Tecson P.C. as his counsel retroactive to the petition date of October 8, 2015, for the purposes set forth herein and granting such other and further relief as this Court deems just.

                    Respectfully Submitted,

                    /s/ Miriam R. Stein
                        Counsel to Trustee

Miriam R. Stein
Kevin R. Purtill
CHUHAK & TECSON P.C.
30 S. Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 444-9300
mstein@chuhak.com
kpurtill@chuhak.com