Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Daniel W. Sjong
38916 North Cedar Crest Drive
Lake Villa, IL 60046
SSN: xxx−xx−6195 EIN: N.A.

Case No. :   15−34286
Chapter :   7
Judge :   A. Benjamin Goldgar

---

Debtor's Attorney:
James T Magee
Magee Negele & Associates P C
444 N Cedar Lake Rd
Round Lake, IL 60073

847 546−0055

Trustee:
John E Gierum
John E Gierum
Gierum & Mantas
2700 S. River Road
Suite 308
Des Plaines, IL 60018

847−318−9130

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *October 8, 2015* .

1. *April 26, 2016* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *April 26, 2016* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: January 25, 2016

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court