UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DANIEL W. SJONG, | ) CASE NO. 15-34286 |
| | ) |
| Debtor. | ) |

## NOTICE OF MOTION

TO:  See Attached Service List

On February 19, 2016 at 1:00 P.M. or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, in the Courtroom usually occupied by him at the Round Lake Beach Branch Court, 1792 Nicole Lane, Round Lake Beach, Illinois and shall then and there present the attached Motion to Avoid Judicial Lien and request hearing instanter thereon.

James T. Magee [#1279446]
MAGEE, NEGELE & ASSOCIATES, P.C.
Attorneys for Debtor, Daniel W. Sjong
444 North Cedar Lake Road
Round Lake, Illinois 60073
(847) 546-0055

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF L A K E | ) |

The undersigned being first duly sworn on oath deposes and states that she mailed a true and correct copy of the Motion to Avoid Judicial Lien to whom this Notice is directed by United States Mail, proper postage prepaid, and delivering same to the United States Post Office facility at Round Lake, Illinois before 4:30 P.M. on this 26th day of January, 2016.

Subscribed and sworn to before me this 26th day of January, 2016.

Notary Public

OFFICIAL SEAL
CYNTHIA SANCHEZ
Notary Public, State of Illinois
My commission expires July 13, 20__

In Re: DANIEL W. SJONG, Debtor.
Case No. 15-34286

## SERVICE LIST

**Certified Mail 7015 1520 0000 1259 2620
And Regular Mail**

Phillip B. Flynn, President & CEO
Associated Bank
433 Main Street
Green Bay, WI 54301

**Regular Mail**

Kevin R. Purtill
Chuhak & Teeson, P.C.
30 South Wacker Drive, Suite 2600
Chicago, IL 60606

United States Trustee
219 South Dearborn Street
Suite 873
Chicago, IL 60604

John E. Gierum
Trustee in Bankruptcy
2700 South River Road, Suite 308
DesPlaines, IL 60018

Sjong-AvoidLien.Motion

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| DANIEL W. SJONG, | ) | Bankruptcy Case No. 15-34286 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |

## MOTION TO AVOID JUDICIAL LIEN

Now comes the Debtor, DANIEL W. SJONG, by his Attorneys, MAGEE, NEGELE & ASSOCIATES, P.C., and moves the Court to enter its Order avoiding the lien claim of Creditor, ASSOCIATED BANK, and in support of this Motion, Debtor states as follows:

1. This case was commenced by the filing, on October 8, 2015, of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code.

2. This Motion is brought pursuant to 11 U.S.C. Section 522(f) and Bankruptcy Rule 4003(d) to avoid judgment liens upon Debtor's residence.

3. On June 17, 2015, Creditor, ASSOCIATED BANK, obtained a Judgment in the Circuit Court of Lake County, Illinois, against the Debtor, DANIEL W. SJONG, in the amount of $548,732.94 in Case Number 2014 L 524.

4. On July 7, 2015, ASSOCIATED BANK recorded a Memorandum of Judgment in the Office of the Lake County, Illinois Recorder of Deeds as Document Number 7209979 against Debtor's personal residence commonly known as 38916 North Cedar Crest Drive, Lake Villa, Illinois (hereinafter "the Property"). A copy of said Memorandum of Judgment is attached as Exhibit "A";

5. Debtor's personal residence is legally described as follows:

Lot 104 in Cedar Crest, being a subdivision of parts of the Southwest quarter of the Northeast quarter of the Northwest quarter of the Northeast quarter of Section 36 and fractional South half of the Southeast quarter of Section 25, all in Township 46 North, Range 9, East of the Third Principal Meridian, according to the plat thereof recorded June 5, 1934 in Book "X" of Plats, Page 8, as Document 400902, in Lake County, Illinois.

P.I.N. 01-36-201-007

6. Upon information and belief the aggregate present fair cash value of the aforesaid property does not exceed $700,000.00 as stated in Debtor's Voluntary Petition.

7. The Property is presently subject to a first mortgage of record, as follows:

| **Mortgage Holder** | **Mortgage Note/Lien Amount** |
|---|---|
| PNC Mortgage | $ 282,396.00 |
| | [plus additional accrued interest and late fees] |

8. Since October 6, 2007, Debtor has owned the property with his former fiancée and now Wife, Courtney Johnson n/k/a Courtney Sjong. As of November 26, 2014 and to the present, the Debtor has owned the Property as tenancy the entirety with his wife, Courtney M. Sjong. Attached as Exhibit "B" is a copy of Debtor's original Warranty Deed and attached as Exhibit "C" is the Debtor's Quit-Claim Deed establishing the property as a tenancy by the entirety; the status of tenancy by the entirety pre-dates the Judgment lien claims set out in Paragraph 4, above.

9. Disregarding Creditor's Judicial Lien, the Debtor's equity is calculated as follows:

| | |
|---|---|
| Fair Cash Value | $ 700,000.00 |
| Mortgage Note/Lien Amount | - 282,396.00 |
| Debtor and Spouse Shared tenancy by the Entirety equity | 417,604.00 |
| Debtor's undivided 50% | x      .50 |
| | $ 208,802.00 |

10. The Debtor has claimed $417,604.00 as his exemption in the Property pursuant to 735 ILCS 5/12-112.

11. The existence of Creditor, ASSOCIATED BANK's judgment lien on Debtor's personal residence located at 38916 North Cedar Crest Drive, Lake Villa, Illinois impairs the Debtor's exemptions to which the Debtor has claimed and is entitled to under 735 ILCS 5/12-112.

WHEREFORE, Debtor, DANIEL W. SJONG, moves the Court for entry of an Order finding and declaring the judicial lien claims of Creditor, ASSOCIATED BANK, cancelled and avoided as to Debtor's personal residence located at 38916 North Cedar Crest Drive, Lake Villa, Illinois 60046, and for entry of such further Order as may be appropriate or just.

                              DANIEL W. SJONG, Debtor;

                              BY: _____
                                  James T. Magee, his Attorney.

James T. Magee [#1729446]
MAGEE, NEGELE & ASSOCIATES, P.C.
444 North Cedar Lake Road
Round Lake, Illinois 60073
(847) 546-0055

Prepared By and Mail To:
Kevin R. Purtill (kpurtill@chuhak.com)
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606

```
Image# 054124980001 Type: JUD
Recorded: 07/07/2015 at 03:32:05 PM
Receipt#: 2015-00040408
Page 1 of 1
Fees: $29.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder
File 7209979
```

Memorandum of Judgment

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## LAKE COUNTY, ILLINOIS

| | |
|---|---|
| ASSOCIATED BANK, N.A., a national banking association, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2014 L 524<br>) |
| MAXIM CONSTRUCTION CORPORATION, INC, an Illinois corporation; DANIEL W. SJONG, an Individual; and THE HANOVER INSURANCE GROUP, a Massachusetts corporation. | )<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OF JUDGMENT

On June 17, 2015, a judgment was entered in the Circuit Court of Lake County, Illinois in Case No. 2014 L 524 in the amount of $548,732.94 in favor of Plaintiff, ASSOCIATED BANK, N.A., a national banking association and against Defendant DANIEL W. SJONG, an individual, whose last known address is 31632 N. Ellis Drive, Suite #111, Volo, Illinois 60073, with interest to run at the statutory rate.

Entered:

_____

Dated: 6-30-15

2698285.1.21868.55336

Doc Number: 7209979  Seq: 1

File Number: 7209979    Page 1 of 1



```
Image# 042263700002 Type: DW
Recorded: 10/05/2007 at 09:48:05 AM
Receipt#: 2007-00047796
Total Amt: $839.00 Page 1 of 2
IL Rental Housing Fund: $10.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder
File 6251768
```

**PREPARED BY:**
Smythe & Lee
211 North Martin Luther King Jr. Ave.
Waukegan, IL 60085

**MAIL TAX BILL TO:**
Daniel Sjong and Courtney Johnson
38916 N. Cedar Crest Drive
Lake Villa, IL 60046

**MAIL RECORDED DEED TO:**
Stephen Newland
Newland, Newland & Newland
1512 Artaius Pkwy.
Libertyville, IL 60048

## JOINT TENANCY WARRANTY DEED
### Statutory (Illinois)

THE GRANTOR(S), Michael J. Danielson, an unmarried man, of the City of Lake Villa, State of IL, for and in consideration of Ten Dollars ($10.00) and other good and valuable considerations, in hand paid, CONVEY(S) AND WARRANT(S) to Daniel W Sjong and Courtney M Johnson, of 42678 N. Lake Avenue, Antioch, IL 60002, not as Tenants in Common not as Joint Tenants, all right, title, and interest in the following described real estate situated in the County of LAKE, State of Illinois, to wit:

Lot 104 in Cedar Crest, being a subdivision of parts of the Southwest 1/4 of the Northeast 1/4 of the Northwest 1/4 of the Northeast 1/4 of Section 36 and fractional South 1/2 of the Southeast 1/4 of Section 25, all in Township 46 North, Range 9, East of the Third Principal Meridian, according to the plat thereof recorded June 5, 1934 in Book "X" of Plats, Page 8, as Document 400902, in Lake County, Illinois
Permanent Index Number(s): 01-36-201-007
Property Address: 38916 N. Cedar Crest Drive, Lake Villa, IL 60046

Subject, however, to the general taxes for the year of 2006 and thereafter, and all instruments, covenants, restrictions, conditions, applicable zoning laws, ordinances, and regulations of record.
Hereby releasing and waiving all rights under and by virtue of the Homestead Exemptions Laws of the State of Illinois.
**TO HAVE AND TO HOLD** said premises    . in **TENANCY IN COMMON** NOT in **JOINT TENANCY** forever.

Dated this ___28___ Day of ___September___ 20_07_    _____Michael J. Danielson_____
                                                                             Michael J. Danielson

STATE OF    ILLINOIS        )
                            ) SS.
COUNTY OF    LAKE           )

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, do hereby certify that Michael Danielson, personally known to me to be the same person(s) whose name(s) is/are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he/she/they signed, sealed and delivered the said instrument, as his/her/their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and notarial seal, this ___28___ Day of ___September___ 20_07_
                                                          ___Jerome E Lee___
                                                             Notary Public
                                                My commission expires: __12/04/08__

Exempt under the provisions of paragraph _____

```
OFFICIAL SEAL
JEROME E LEE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/04/08
```

ATG FORM 4058-R
) ATG (REV. 9/02)

Joint Tenancy Warranty Deed: Page 1 of 1

Doc Number: 6251768 Seq: 1

# QUIT-CLAIM DEED
## Tenants by the Entirety

MAIL TO:

John W. Quinn
NAME

P.O. Box 284
ADDRESS

Grayslake, IL 60030
CITY & STATE

Image# 053460770002 Type: DQC
Recorded: 12/02/2014 at 01:04:29 PM
Receipt#: 2014-00064617
Page 1 of 2
Fees: $39.00
IL Rental Housing Fund: $9.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder
File 7151805

For Recorder's Use Only

**THE GRANTORS, Daniel W. Sjong and Courtney M. Johnson, n/k/a Courtney M. Sjong,** of the County of Lake, State of Illinois for and in consideration of TEN and no/100 ($10.00) DOLLARS and other good and valuable considerations in hand paid,

**CONVEY and QUIT CLAIM to Daniel W. Sjong and Courtney M. Sjong,** husband and wife, of the County of Lake, State of Illinois, not as Tenants in Common, and not as Joint Tenants, but as **TENANTS BY THE ENTIRETY,** all interest in the following described Real Estate situated in the County of Lake, in the State of Illinois, to wit:

LOT 104 IN CEDAR CREST, BEING A SUBDIVISION OF PARTS OF THE SOUTHWEST ¼ OF THE NORTHEAST ¼ OF THE NORTHWEST ¼ OF THE NORTHEAST 1/4 OF SECTION 36 AND AND FRACTIONAL SOUTH ½ OF THE SOUTHEAST ¼ OF SECTION 25, ALL IN TOWNSHIP 46 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JUNE 5, 1934 IN BOOK "X" OF PLATS, PAGE 8, AS DOCUMENT 400902, IN LAKE COUNTY, ILLINOIS.

Permanent Index Number: 01-36-201-007
Property Address: **38916 N. CEDAR DRIVE, LAKE VILLA, IL 60046**

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. **TO HAVE AND TO HOLD** said premises not as tenants in common and not as joint tenants, but as tenants by the entirety forever.

DATED this ___26___ day of November, 2014.

_____
Daniel W. Sjong

_____
Courtney M. Sjong

NOTE: PLEASE TYPE OR PRINT NAME BELOW ALL SIGNATURES.

Daniel W. Sjong and Courtney M. Sjong
Names of Grantees

Same as above
Name of Taxpayer

John W. Quinn
Name of Person Preparing Deed

38916 N. Cedar Drive, Lake Villa, IL 60046
Address

Same as above
Address

P. O. Box 284, Grayslake, IL 60030
Address

G:\Litigation Files\Maxim Construction-Sjong\Quit Claim Deed-TBE.doc