IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| DANIEL W. SJONG, | ) | Case No. 15-34286 |
| | ) | |
| Debtor. | ) | Judge A Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date: February 19, 2016 |
| | ) | Hearing Time: 1:00 p.m. |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Friday, February 19, 2016 at 1:00 p.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgard at the North Brach Court (Round Lake Beach) located at 1792 Nicole Lane, Round Lake Beach, IL 60073, or whomever may be sitting in her place and stead, and then and there present the **Trustee's Motion to Extend Time to Object to Debtor's Exemptions**, a copy of which is attached hereto and hereby served upon you.

Respectfully Submitted,

/s/ John E. Gierum

John E Gierum
Gierum & Mantas
2700 S. River Road, Suite 308
Des Plaines, IL 60018
(847) 318-9130
john@gierummantas.com

### AFFIDAVIT OF SERVICE

I, John E. Gierum, an attorney, certify that I served the foregoing by sending a copy of it to those persons identified below through the Court's ECF Filing System, and by mail and/or fax as indicated on the attached Service List on February 2, 2016.

By:    /s/ John E. Gierum

2869989\1\25854\59420

## SERVICE LIST

**VIA ECF**

James T Magee
Magee Negele & Associates P C
444 N Cedar Lake Rd
Round Lake, IL 60073
847 546-0055
Fax : 847 546-8390
Email: bankruptcy@mageenegele.com *(Counsel for Debtor)*

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
312-886-5794 Facsimile

**VIA U.S. MAIL**

Daniel W. Sjong
38916 North Cedar Crest Drive
Lake Villa, IL 60046 *(debtor)*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| DANIEL W. SJONG, | ) | Case No. 15-34286 |
| | ) | |
| Debtor. | ) | Judge A Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date: February 19, 2016 |
| | ) | Hearing Time: 1:00 p.m. |

## CHAPTER 7 TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS

John E. Gierum, not individually but solely as the Chapter 7 Trustee for the Estate of Daniel W. Sjong (the "Trustee") moves this Court for an Order extending the time to object to the claimed exemptions of Daniel J. Sjong (the "Debtor") pursuant to 11 U.S.C. §522 and Federal Rule of Bankruptcy Procedure 4003. In support hereof, the Trustee states as follows:

1. On October 8, 2015 the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. The Trustee is the duly appointed and qualified Chapter 7 Trustee of the Debtor's estate.

3. The Debtor appeared at the initial meeting of creditors on November 20, 2015.

4. A report of no distribution was mistakenly filed on November 23, 2015 and was withdrawn on the same date.

5. The Trustee continued the meeting of creditors to December 17, 2015, and then to January 22, 2016.

6. On January 23, 2016, the Trustee filed an initial report of assets.

2869989\1\25854\59420

7. On his Schedule C, the Debtor asserted an exemption of his homestead for $417,604.00 pursuant to 735 ILCS 5/12-112, on the basis that the homestead is allegedly held in tenancy by the entirety between the Debtor and his non-filing spouse.

8. The Trustee intends to file a complaint against the Debtor and his non-filing spouse to avoid the transfer of the homestead into tenancy by entirety within a year of the Petition Date as a fraudulent conveyance. As part of the complaint, the Trustee will file an objection to the Debtor's claimed exemption in his homestead.

9. The Trustee has yet to retain counsel in this case. Therefore, the Trustee seeks additional time to file an objection to the Debtor's claim of exemptions through and including March 31, 2016.

10. Bankruptcy Rule 4003 provides that a trustee may file an objection to the list of property claimed as exempt within 30 days after the meeting of creditors has concluded or within 30 days after any amendment to the list of schedules is filed, whichever is later.

11. While the Trustee has not yet concluded the meeting of creditors, in the abundance of caution, the Trustee is seeking an extension of time until March 31, 2016 to file an objection to the Debtor's claim of exemptions in this case.

12. This is the first request for extension. The Trustee believes that no parties will be prejudiced by the relief sought.

WHEREFORE, John E. Gierum, not individually but solely in his capacity as the Chapter 7 Trustee for the Estate of Daniel W. Sjong, requests that this Court enter an Order:

A. Extending the time in which the Trustee has to object to the Debtor's exemptions pursuant to 11 U.S.C. §522 and Rule 4003 through and including March 31, 2016; and

2869989\1\25854\59420

B.   Granting such other and further relief as may be appropriate.

JOHN E. GIERUM, not individually but solely as the Chapter 7 Trustee

__/s/ John E. Gierum_____

John E Gierum
Gierum & Mantas
2700 S. River Road, Suite 308
Des Plaines, IL 60018
(847) 318-9130
john@gierummantas.com

- 5 -

2869989\1\25854\59420